UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Saks,

                    Plaintiff(s),

      - against -

U.S. Bank National Association, et al.,

                   Defendant(s).

-----------------------------------------------------------X

**O R D E R**

7:19-CV-00885 (CS)

<u>Seibel, J.</u>

It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within thirty days of the date of this order, Plaintiff may apply by letter within the thirty-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

SO ORDERED.

Dated: March 26, 2019
       White Plains, New York

                                          _____
                                              CATHY SEIBEL, U.S.D.J.